William M. Young, Respondent, v. David Loshen and Morris Loshen, Copartners, Doing Business as D. Loshen & Son, Appellants.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ., concurred.

William M. Young, Doing Business as Manhattan Lime Company, and also as Masons' Material Company, Appellant, v. William H. Meserole, Respondent.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ., concurred.

Emerentiana Frith and Another, Respondents, v. Anna Frith, Administratrix, etc., Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ.

Henry S. Celona, Appellant, v. Francesco Loverdi and Others, Respondents.— Motion to dismiss appeal granted, with costs. Present — Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ.

N. Willard Curtis, Respondent, v. Ray Goldberg and Others, Defendants. Annie Churchick, Appellant.— Motion to dismiss appeal denied, without costs. Present — Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ.

Rose Davenport, Respondent, v. Oceanic Amusement Company, Appellant.— Motion to resettle order granted, without costs. Present — Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ.

Jeremiah J. Fitzgerald, Respondent, v. Samuel Silverman and Isaac Meyerwich, Appellants.— Motion to dismiss appeal granted, with costs. Present — Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ.

In the Matter of Supplementary Proceedings. Title Guarantee and Trust Company, Respondent, v. Max Brown, Appellant.— Motion to dismiss appeal denied, with costs. Present — Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ.

Helma Maykels, Respondent, v. Frances Merklen, Appellant, Impleaded with William W. Clark, Defendant.— No merits are shown, and the motion to dismiss the appeal is granted, with costs. Present — Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ.

Jacob Morganthaler, Plaintiff, v. Thomas G. Carlin, Defendant.— Motion for leave to appeal to the Court of Appeals granted, without costs. Present — Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ.

Charles Rosenberg, Respondent, v. Samuel Gittelson, Appellant.— Motion to dismiss appeal granted, with costs. No ground for appeal is indicated in the appellant's papers. Present — Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ.

Harry M. Seymour, Respondent, v. James A. Bennett and Robert Talbott, etc. Appellants.— Motion denied, with costs. Present — Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ.